UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOLBOA INSURANCE COMPANY, a California company,<br><br>       Plaintiff,<br><br>   v.<br><br>GERALDINE POSS; ESTATE OF EDWIN JULIUS ROSELL, III; and IRENE ROSELL,<br><br>       Defendants. | Case No:  2:14-CV-0342-TOR |

**NOTICE SETTING COURT'S SCHEDULING CONFERENCE**

**DATE:  4/16/2015   TIME: 9:30 a.m.**

Counsel and pro se parties shall call the following telephone number on the date and time indicated for a mandatory telephonic Scheduling Conference before Judge Thomas O. Rice. **Only an attorney who will be trying the case may participate in the telephonic scheduling conference.**

**PHONE NUMBER:  (888) 684-8852
ACCESS CODE:    8204178
SECURITY CODE:  0342**

**The use of cellular phones is prohibited on telephonic hearings.**

Rule 26(d)(1) prohibits a party from seeking discovery from any source before the parties have had their Rule 26(f) conference.  The parties shall make their Rule 26(a)(1) initial disclosures at or within 14 days after this Rule 26(f) conference.

To ensure that discovery and trial preparation advances efficiently, counsel and pro se parties shall discuss each and every one of the following subjects during the Rule 26(f) conference and then file a combined report addressing <u>each one of these subjects</u> not less than 14 days before the Scheduling Conference:

Notice Setting Scheduling Conference - 1

a. whether jurisdiction and venue exist and, if they do exist, the basis for each;

b. whether service of process is complete and, if not, a deadline for completion;

c. a brief description of the claims and defenses;

d. whether a statute's constitutionality is being challenged, see LR 24.1 (Fed. R. Civ. P.5.1.);

e. any issues that should be certified to a state supreme court;

f. suggested deadline for amending the pleadings;

g. suggested deadline for adding additional parties;

h. whether a non-government corporate party filed the necessary ownership statement, see Fed. R. Civ. P. 7.1;

i. whether the case involves a minor or incompetent party and whether the appointment of a guardian ad litem is necessary, see LR 17.1;

j. discovery:
   - confirmation that initial disclosures, see Fed. R. Civ. Proc. 26(a)(1), will be accomplished by the time of the hearing;
   - subjects on which discovery may be needed;
   - any issues about preserving discoverable information;
   - claims of privilege, protection of confidentiality, and proposed agreements;
   - proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions, interrogatories or requests for production;
   - suggested expert disclosure deadlines; and
   - suggested discovery cut-off;

k. anticipated motions and suggested dispositive motion filing deadlines;

l. trial:
   - whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, **a jury demand shall also be filed no less than 14 days prior to the scheduling conferenc**e;
   - suggested trial date(s);
   - length of trial;
   - bifurcation; and
   - the need for special audio/visual courtroom technology;

m. the likelihood for settling or resolving the case and the point at which the parties can conduct meaningful dispute resolution, and

n.  any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.

Dated: March 11, 2015

                SEAN F. McAVOY, DISTRICT COURT EXECUTIVE CLERK

                      *s/Linda L. Hansen*
                      Courtroom Deputy

All Counsel/Pro Se Parties

Notice Setting Scheduling Conference - 3