UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BALBOA INSURANCE COMPANY, a California company,<br><br>                   Plaintiff,<br><br>   v.<br><br>GERALDINE POSS; ESTATE OF EDWIN JULIUS ROSELL, III; and IRENE ROSELL,<br><br>                 Defendants. | NO: 2:14-CV-0342-TOR<br><br>ORDER GRANTING STIPULATION TO DISMISS DEFENDANT GERALDINE POSS |

BEFORE THE COURT is the parties' Stipulation to Dismiss Defendant Geraldine Poss (ECF No. 15). Pursuant to the parties' stipulation, all claims and causes of action against Defendant Geraldine Poss are DISMISSED with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER GRANTING STIPULATION TO DISMISS ~ 1

1  **IT IS HEREBY ORDERED**:

2  The parties' Stipulation to Dismiss Defendant Geraldine Poss (ECF No. 15)

3  is **GRANTED**. All claims and causes of action against Defendant Geraldine Poss

4  are **DISMISSED** with prejudice and without an award of costs or fees.

5  The District Court Executive is hereby directed to enter this Order, provide

6  copies to counsel, and **TERMINATE Defendant Geraldine Poss from this case**.

7  **DATED** March 12, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION TO DISMISS ~ 2